

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print    GrantedPublicAccess Logoff TRACY_HAYES

## 20BU-CV02192 - MAKESHIA STONE V WAL-MART (E-CASE)

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution

This information is provided as a service and is not considered an official court record.

Click here to eFile on Case
**Click here to Respond to Selected Documents**

**Sort Date Entries:** Descending / Ascending    **Display Options:** All Entries

**07/16/2020** Notice of Service
SUMMONS FOR PERSONAL SERVICE OUTSIDE THE STATE OF MISSOURI RETURNED SERVED
**Filed By:** JAY ALLISON
**On Behalf Of:** MAKESHIA STONE

**07/08/2020** Agent Served
Document ID - 20-SMOS-33; Served To - WALMART; Server - ; Served Date - 08-JUL-20; Served Time - 13:37:00; Service Type - Special Process Server; Reason Description - Served; Service Text - PAT FLAKE - WALMART LEGAL

**06/25/2020** Summ Issd- Circ Pers Serv O/S
Document ID: 20-SMOS-33, for WALMART. - SUMMONS ISSUED

**Trial Setting Scheduled**
**Scheduled For:** 09/25/2020; 8:30 AM ; DANIEL F KELLOGG; Buchanan

**Judge Assigned**

**Filing Info Sheet eFiling**
**Filed By:** JAY ALLISON

Summ Req-Circ Pers Serv O/S
REQUEST FOR OUT OF STATE SUMMONS.
**Filed By:** JAY ALLISON
**On Behalf Of:** MAKESHIA STONE

**Confidential Address Filed**
CONFIDENTIAL CASE INFORMATION SHEET.
**Filed By:** JAY ALLISON

Pet Filed in Circuit Ct
PETITION FOR DAMAGES.
**Filed By:** JAY ALLISON

EXHIBIT A



# IN THE 5TH JUDICIAL CIRCUIT, BUCHANAN COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>DANIEL F KELLOGG | **Case Number: 20BU-CV02192** | |
| Plaintiff/Petitioner:<br>MAKESHIA STONE<br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JAY ALLISON<br>TIEMAN, SPENCER & HICKS<br>702 FELIX<br>SAINT JOSEPH, MO 64501 | |
| Defendant/Respondent:<br>WAL-MART<br>Nature of Suit:<br>CC Pers Injury-Vehicular | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501<br>**STATUS REVIEW HEARING DATE: 9-25-20 @ 8:30AM, DIV 4** | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
**(Except Attachment Action)**

**The State of Missouri to: WAL-MART**
**Alias:**

**SERVE REGISTERED AGENT**
**702 SW 8TH ST**
**BENTONVILLE, AR 72716**

***COURT SEAL OF***
***BUCHANAN COUNTY***

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

***Thursday, June 25, 2020***
Date

***/s/K. DOBOSZ, Deputy Clerk***
Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is ______________________ of ____________________ County, ______________ (state).
3. I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with ______________________, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).
☐ other: ______________________.

Served at ______________________ (address)

in ______________________County, ______________ (state), on ______________ (date) at ____________ (time).

______________________
Printed Name of Sheriff or Server

______________________
Signature of Sheriff or Server

**Subscribed and sworn to** before me this ___________ (day) _____________ (month) _________ (year).

I am: (check one)
☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

______________________
Signature and Title

**Service Fees**

| | |
|---|---|
| Summons | $_______________ |
| Non Est | $_______________ |
| Mileage | $_______________ (_____________miles @ $ _______ per mile) |
| **Total** | **$**_______________ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - Buchanan - June 25, 2020 - 02:17 PM

**IN THE CIRCUIT COURT OF BUCHANAN COUNTY, MISSOURI**

| | | |
|---|---|---|
| **MAKESHIA STONE** | ) | |
| **2410 El Tivoli** | ) | |
| **St. Joseph, Missouri 64507** | ) | |
| **Plaintiff,** | ) | **Case No.:** |
| **vs.** | ) | |
| | ) | |
| **WAL-MART** | ) | |
| **Serve at:** | ) | |
| **702 SW 8th Street** | ) | |
| **Bentonville, Arkansas 72716** | ) | |
| **Defendant.** | ) | |

**REQUEST FOR OUT OF STATE SUMMONS**

COMES NOW Plaintiff, Makeshia Stone, by and through her attorney, Jay M. Allison, and hereby requests the court to issue an out of state summons to be served upon Defendant, who is out of the State of Missouri:

Serve Registered Agent at
Wal-Mart
702 SW 8th St.
Bentonville, AR 72716

Respectfully submitted,

**TIEMAN, SPENCER & HICKS, LLC**

By: *\/s/ Jay M. Allison*

Jay M. Allison MO #49606
702 Felix
St. Joseph, MO 64501
Telephone: 816.279.3000
Facsimile: 816.279.3066
Email: jay.allison@tshhlaw.com
**ATTORNEYS FOR PLAINTIFF**

Electronically Filed - Buchanan - June 25, 2020 - 02:17 PM

**IN THE CIRCUIT COURT OF BUCHANAN COUNTY, MISSOURI**

| | | |
|---|---|---|
| **MAKESHIA STONE** | ) | |
| **2410 El Tivoli** | ) | |
| **St. Joseph, Missouri 64507** | ) | |
| **Plaintiff,** | ) | **Case No.:** |
| **vs.** | ) | |
| | ) | |
| **WAL-MART** | ) | |
| **Serve at:** | ) | |
| **702 SW 8th Street** | ) | |
| **Bentonville, Arkansas 72716** | ) | |
| **Defendant.** | ) | |

**PETITION FOR DAMAGES**

**COMES NOW**, Plaintiff, Makeshia Stone (hereinafter called, "Plaintiff"), by and through her attorney, Jay M. Allison, and for her cause of action against Defendant Wal-Mart (hereinafter after called "Defendant Wal-Mart") , states and alleges as follows:

1. Plaintiff is currently a resident of Buchanan County residing at 2410 El Tivoli, St. Joseph, Missouri.

2. Defendant Wal-Mart is a corporation, based on information and belief, and was at all relevant times a foreign corporation, doing business in Buchanan County, Missouri.

3. Defendant Wal-Mart, at all relevant times, generally availed itself of the privilege of doing business in the State of Missouri and committed a tort in the State of Missouri and is otherwise subject to the personal jurisdiction of this Court.

4. Venue is proper in the Circuit Court of Buchanan County, Missouri because the present cause of action is a tort in which Plaintiff was first injured in St. Joseph, Buchanan

Electronically Filed - Buchanan - June 25, 2020 - 02:17 PM

County, Missouri, at the Wal-Mart store, located at 4201 N. Belt Highway, St. Joseph, Buchanan County, Missouri, owned by Defendant Wal-Mart, and, at all times relevant to this petition, operated, maintained and/or controlled by Defendant Wal-Mart.

5. On or about September 17, 2015, Plaintiff was lawfully upon the premises of the property located at or near 4201 N Belt Highway, St. Joseph, Buchanan County, Missouri.

6. On or about September 17, 2015, a dangerous condition existed on Defendant's premises, namely a wet floor, in the aisle of the dairy section located on the property in question.

7. On or about September 17, 2015, Plaintiff was on the premises to purchase items sold by Defendant Wal-Mart.

8. Plaintiff was looking for the items she planned on purchasing when she came into contact with the wet floor in the aisle of the dairy section.

9. Due to the conditions described above, Plaintiff was caused to slip and fall which caused her to suffer serious and permanent injuries to her neck, back, bilateral shoulders, left leg, bilateral hands, and psyche.

10. The area of the premises where Plaintiff slipped and fell was in an area of the premises used by employees, business visitors, and licensees.

11. Defendants had a duty to exercise ordinary care to maintain the premises in a reasonably safe condition free from dangerous conditions and owed a duty to Plaintiff to warn of the existence of said dangerous conditions.

12. The condition of the property, as described above, was a dangerous condition at the time of the injury, Plaintiff's injuries directly resulted from the dangerous condition, the dangerous condition created a reasonably foreseeable risk of harm of the kind of injury that

Plaintiff incurred, and that either a negligent or wrongful act or omission of an employee or agent of Defendant Wal-Mart, within the course of his/her employment created the dangerous condition and/or Defendant Wal-Mart had actual or constructive notice of the dangerous condition in sufficient time prior to the injury to have taken measures to protect against the dangerous condition; therefore, Defendant Wal-Mart has expressly waived sovereign immunity pursuant to R.S.Mo Section 537.600.1(2).

13. Defendant needlessly endangered Plaintiff and were negligent in the following respects:

a. Defendant failed to properly inspect the premises in such a manner that would have prevented this fall and similar falls to other patrons;

b. Defendant failed to properly supervise and maintain the premises in such a manner that would have prevented this fall and similar falls to other patrons;

c. Defendant failed to repair, remedy, or even warn of the dangerous condition on the premises in such a manner that would have prevented this fall and similar falls to other patrons;

d. Defendant failed to employ and/or hire competent employees and/or contractors and/or subcontractors to prevent the conditions that led to Plaintiff's fall;

e. In other respects, not known at this time.

f. Defendant thereby created a false sense of safety for its patrons, including Plaintiff, who utilized its premises.

Electronically Filed - Buchanan - June 25, 2020 - 02:17 PM

Electronically Filed - Buchanan - June 25, 2020 - 02:17 PM

6. As set forth above, the condition on the premises which caused Plaintiff to slip and fall had existed for such a length of time before Plaintiff's fall that in the exercise of reasonable care, Defendant should have known it constituted a dangerous condition.

7. Further, Defendant had actual knowledge of the dangerous conditions, or by using ordinary care could have known of the conditions of Defendants' premises, at the time of Plaintiff's fall.

8. As a direct and proximate result of the dangerous conditions of the premises and Defendant's negligence, on or about September 17, 2015, Plaintiff slipped and fell and suffered severe injuries, including, not limited to:

a. Low back pain with radiculopathy;

b. Lumbar degenerative disc disease;

c. Bilateral shoulder pain;

d. Chronic neck pain;

e. Numbness and tingling in bilateral hands;

f. Cervicalgia;

g. Neuritis;

h. Neuralgia;

i. Fibromyalgia;

j. Anxiety;

k. Depression;

l. PTSD;

m. Pain in left lower leg with numbness;

    Electronically Filed - Buchanan - June 25, 2020 - 02:17 PM

n. Loss of personal time;

o. Diminution of her ability to enjoy her customary way of life as she did prior to said injuries; and

p. Daily living activities.

9. Plaintiff continues to suffer symptoms from her injuries, one or more of which are reasonably expected to be permanent and progressive in nature.

10. As a direct and proximate result of Defendant's negligence, Plaintiff has incurred expenses for medical treatment and will incur expenses for future medical treatment of injuries caused by the September 17, 2015 fall.

**WHEREFORE,** Plaintiff requests judgment against Defendant Wal-Mart in an amount that is fair and reasonable, and in excess of **Twenty-Five Thousand and 00/100 Dollars ($25,000.00)**; for her costs in bringing this action; and for such other and further relief as this Court deems just, proper, or equitable.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues.

Respectfully submitted,

**TIEMAN, SPENCER & HICKS**

By: ______________________________

Jay M. Allison, MO #49606
702 Felix Street
St. Joseph, Missouri 64501
Phone (816) 279-3000
Fax (816) 279-3066
**ATTORNEYS FOR PLAINTIFF**

Electronically Filed - Buchanan - July 16, 2020 - 03:20 PM





# IN THE 5TH JUDICIAL CIRCUIT, BUCHANAN COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DANIEL F KELLOGG | Case Number: 20BU-CV02192 |
| Plaintiff/Petitioner:<br>MAKESHIA STONE<br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JAY ALLISON<br>TIEMAN, SPENCER & HICKS<br>702 FELIX<br>SAINT JOSEPH, MO 64501 |
| Defendant/Respondent:<br>WAL-MART | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501<br>**STATUS REVIEW HEARING DATE: 9-25-20 @ 8:30AM, DIV 4** |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
**(Except Attachment Action)**

**The State of Missouri to:** **WAL-MART**
**Alias:**

**SERVE REGISTERED AGENT**
**702 SW 8TH ST**
**BENTONVILLE, AR 72716**

*COURT SEAL OF*

*BUCHANAN COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*Thursday, June 25, 2020* — Date

*/s/K. DOBOSZ, Deputy Clerk* — Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is Deputy of Benton County, AR (state).
3. I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with ______, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to Pat Flake (name) Walmart Legal (title).

☐ other: ______.

Served at 702 SW 8th St, Bentonville, AR (address) in Benton County, AR (state), on 7/8/20 (date) at 1357 (time).

Dep. J. Herod — Printed Name of Sheriff or Server

[signature] — Signature of Sheriff or Server

Subscribed and sworn to before me this 8th (day) July (month) 2020 (year).

DENISE FONES
Notary Public, Notary Seal
State of Missouri
Andrew County
Commission # 18599356
My Commission Expires 05-13-2022
(Seal)

I am: (check one)
☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☒ authorized to administer oaths. (use for court-appointed server)

Denise Fones — Signature and Title

**Service Fees**

| | |
|---|---|
| Summons | $______ |
| Non Est | $______ |
| Mileage | $______ (______ miles @ $______ per mile) |
| **Total** | $______ |





Electronically Filed - Buchanan - July 16, 2020 - 03:20 PM

Return

# IN THE 5TH JUDICIAL CIRCUIT, BUCHANAN COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: DANIEL F KELLOGG | Case Number: 20BU-CV02192 |
| Plaintiff/Petitioner: MAKESHIA STONE vs. | Plaintiff's/Petitioner's Attorney/Address: JAY ALLISON TIEMAN, SPENCER & HICKS 702 FELIX SAINT JOSEPH, MO 64501 |
| Defendant/Respondent: WAL-MART | Court Address: BUCHANAN CO COURTHOUSE 411 JULES ST SAINT JOSEPH, MO 64501 **STATUS REVIEW HEARING DATE: 9-25-20 @ 8:30AM, DIV 4** |
| Nature of Suit: CC Pers Injury-Vehicular | |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
**(Except Attachment Action)**

**The State of Missouri to: WAL-MART**
**Alias:**

**SERVE REGISTERED AGENT**
**702 SW 8TH ST**
**BENTONVILLE, AR 72716**

*COURT SEAL OF* CIRCUIT COURT OF MISSOURI *BUCHANAN COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*Thursday, June 25, 2020* — Date
*/s/K. DOBOSZ, Deputy Clerk* — Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is Deputy of Benton County, AR (state).
3. I have served the above summons by: (check one)

- ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
- ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with ______, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
- ☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to Pat Flake (name) Walmart Legal (title).
- ☐ other: ______

Served at 702 SW 8th St, Bentonville, AR (address)
in Benton County, AR (state), on 7/8/20 (date) at 1357 (time).

Dep. J. Herod
Printed Name of Sheriff or Server

[signature]
Signature of Sheriff or Server

Subscribed and sworn to before me this 8th (day) July (month) 2020 (year).

I am: (check one)
- ☐ the clerk of the court of which affiant is an officer.
- ☐ the judge of the court of which affiant is an officer.
- ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- ☒ authorized to administer oaths. (use for court-appointed server)

(Seal) DENISE FONESI
Notary Public, Notary Seal
State of Missouri
Andrew County
Commission # 18599356
My Commission Expires 05-13-2022

Denise Fones
Signature and Title

**Service Fees**

| | |
|---|---|
| Summons | $______ |
| Non Est | $______ |
| Mileage | $______ (______ miles @ $ ______ per mile) |
| **Total** | $______ |